# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

RODNEY E. HAMILTON                                                         PLAINTIFF

v.                       Case No. 2:18-cv-00100 JTK

ANDREW SAUL, Commissioner,                                                 DEFENDANT
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ADJUDGED this 7th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE